

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-13-2009

# In Re: Michael Nittolo

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-1862

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"In Re: Michael Nittolo " (2009). *2009 Decisions.* Paper 2043.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/2043

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HLD-146                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-1862
_____

IN RE: MICHAEL NITTOLO,
                                                 Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the New Jersey
(Related to 06-cv-00194)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
August 29, 2008

Before:  SCIRICA, Chief Judge, ALDISERT and GARTH, Circuit Judges.

(Filed: January 13, 2009)
_____

OPINION OF THE COURT
_____

PER CURIAM.

Pro se petitioner Michael Nittolo seeks a writ of mandamus to compel the United

States District Court for the District of New Jersey to rule upon his motion to vacate

sentence pursuant to 28 U.S.C. § 2255.  The District Court entered an order denying

Nittolo's § 2255 motion on October 20, 2008.  Therefore, we will deny the petition for

writ of mandamus as moot.